JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Watts<br><br>　　　　Plaintiff,<br><br>v.<br><br>Atlantic Recovery Solutions, LLC<br><br>　　　　Defendants. | Case No.  CV 15-02086-AB (SSx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 24, 2015    _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.